NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3056

ANDY BOCTOR,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF3330080342-I-1.

ON MOTION

## O R D E R

Upon consideration of the Department of Veterans Affairs' motion for an extension of time, until May 28, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 2 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Andy Boctor
      Hillary A. Stern, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 6 2009

JAN HORBALY
CLERK